IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB GATES, | No. 4:23-CV-01443 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE GRIER FOUNDATION and GEOFFREY GRIER, | |
| Defendants. | |

## ORDER

**JANUARY 17, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants The Grier Foundation's and Geoffrey Grier's Motion to Dismiss (Doc. 9) is **GRANTED** as to Count II and **DENIED** as to Count I.

2. Plaintiff Jacob Gates may file an Amended Complaint by January 31, 2024.

3. If Gates does not amend his Complaint or voluntarily dismiss Count I by that date, his Complaint will be subject to dismissal for want of subject matter jurisdiction.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge