IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB GATES,<br><br>        Plaintiff,<br><br>    v.<br><br>THE GRIER FOUNDATION and GEOFFREY GRIER,<br><br>        Defendants. | No. 4:23-CV-01443<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 27, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants The Grier Foundation's and Geoffrey Grier's Motion to Dismiss (Doc. 20) is **GRANTED**.

2. Count II of Plaintiff Jacob Gates' Amended Complaint (Doc. 19) is **DISMISSED** for lack of standing.

3. Count I is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge